**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on September 30, 2023**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20–23995–LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Perfection Body Shop and Paint, Inc
10764 SW 188 St
Miami, FL 33157

EIN: 47–3292745

# FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.